STATE OF NEW JERSEY v. CALVIN GREEN.

September 27, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN ALSTON.

September 27, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN CERBO.

September 27, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. RUTH G. CHOI.

September 27, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD SIMMONS.

September 27, 1977. Petition for certification denied.

UNION COUNTY PARK COMMISSION v.
COUNTY OF UNION.

September 27, 1977. Petition for certification denied. (See
154 *N. J. Super.* 125).